UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK JEFFERY LEE, <br><br> Plaintiff, <br><br> v. <br><br> SNOHOMISH COUNTY, <br><br> Defendant. | CASE NO. C17-0176JLR <br><br> ORDER REGARDING SUSPENDED COUNSEL |

This matter comes before the court *sua sponte*. Attorney Rodney R. Moody, counsel for Plaintiff Mark Jeffery Lee, is currently suspended from practice in the Western District of Washington. *In re Rodney R. Moody*, No. RD16-0070WTM (W.D. Wash.), Dkt. # 3. His suspension in the Western District of Washington stems from a 60-day suspension that the Washington Supreme Court imposed. *Id.*, Dkt. # 1. Although Mr. Moody's suspension from the Washington Supreme Court appears to have ended, *see id.*, he has not sought reinstatement in the Western District of Washington.

//

ORDER - 1

1  The court ORDERS Mr. Moody to either (1) seek reinstatement to practice in the
2 District pursuant to the Local Civil Rules, or (2) take necessary steps to ensure that Mr.
3 Lee can retain new counsel or proceed *pro se*, as Mr. Lee chooses.  No later than 10 days
4 of the entry of this order, Mr. Moody must indicate on the docket in this case which of
5 these actions he has taken, what steps he has taken to effectuate the action, and the status
6 of the action.  Because Mr. Moody does not have ECF filing privileges, the court
7 DIRECTS the Clerk to mail a copy of this order to the address listed for Mr. Moody on
8 the docket and email a copy of this order to the email address for Mr. Moody listed on the
9 docket.

10  Dated this 21ST day of March, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2