UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MARK JEFFERY LEE, | CASE NO. C17-0176JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SNOHOMISH COUNTY, | |
| Defendant. | |

This case is scheduled for trial on July 23, 2018 (Sched. Order (Dkt. # 11) at 1), and Defendant Snohomish County ("the County") has filed a motion for summary judgment that is now ripe for the court's consideration (2d MSJ (Dkt. # 28)).[1] On May 18, 2018, however, the court received a call from counsel for the County informing the court that the parties had executed a settlement in principle, which the County expected Mr. Lee to finalize soon. Counsel further informed the court that because Mr. Lee is

---

[1] Plaintiff Mark Jeffery Lee did not respond to the motion. (*See* Dkt.)

currently in Chapter 13 bankruptcy proceedings, the bankruptcy court must approve the settlement. Given the impending trial and the parties' settlement, the court VACATES the remaining pretrial deadlines and trial date and REMOVES the County's motion from the docket. The court further ORDERS the parties to file a joint status report no later than ten (10) days after the entry of this order. The report must update the court on the status of the settlement. Should the parties fail to execute the final settlement or the bankruptcy court decline to approve the settlement, the County may renote the motion for summary judgment.[2] If that occurs, the court will schedule a new trial date.

Dated this 21st day of May, 2018.

JAMES L. ROBART
United States District Judge

---

[2] Should the County renote its motion for summary judgment, the court will consider the motion without further briefing.