The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK JEFFERY LEE,<br><br>           Plaintiff,<br><br>vs.<br><br>SNOHOMISH COUNTY,<br><br>           Defendant. | No. 17-cv-00176-JLR<br><br>MOTION FOR ENTRY OF STIPULATED AND AGREED ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>August 13, 2018 |

COME NOW the plaintiffs and defendants by and through their attorneys of record, and stipulate that the above matter, having been settled between plaintiff and defendant, may be dismissed in its entirety with prejudice as to all parties, and without an award of attorneys' fees or costs to any party.

DATED this 13th day of August 2018.

           MARK K. ROE
           Snohomish County Prosecuting Attorney

           By: */s/ Steven J. Bladek*
           STEVEN J. BLADEK, WSBA No. 24298
           CHARLOTTE F. COMER, WSBA No. 36805
           Deputy Prosecuting Attorneys

MOTION FOR ENTRY OF STIPULATED AND AGREED
ORDER OF DISMISSAL - (USDC 17-cv-00176-JLR) - 1

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

Attorneys for Defendant Snohomish County
Snohomish County Prosecuting Attorney – Civil Division
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
(425) 388-6330/FAX: (425) 388-6333
Email: sbladek@co.snohomish.wa.us


By: */s/ Rodney Moody*
RODNEY R. MOODY, WSBA No. 17416
Attorney for Plaintiff

MOTION FOR ENTRY OF STIPULATED AND AGREED
ORDER OF DISMISSAL - (USDC 17-cv-00176-JLR) - 2

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

## I. STIPULATION

The parties to this case, plaintiff MARK J. LEE, and defendant SNOHOMISH COUNTY, hereby stipulate and agree that this action be dismissed with prejudice and without fees to either side, and each party bearing its own costs and fees.

## II. ORDER

Pursuant to the above stipulation, it is so ORDERED: this case is hereby dismissed in its entirety with prejudice and with each party bearing its own costs and fees.

DATED this 13th day of August, 2018.

_____
The Honorable James L. Robart

*Presented by:*

MARK K. ROE
Snohomish County Prosecuting Attorney


*/s/ Steven J. Bladek*
STEVEN J. BLADEK, WSBA No. 24298
CHARLOTTE F. COMER, WSBA No. 36805
Attorneys for Defendant Snohomish County



LAW OFFICE OF RODNEY R. MOODY


*/s/ Rodney Moody*
RODNEY R. MOODY, WSBA NO. 17416
Attorney for Plaintiff

MOTION FOR ENTRY OF STIPULATED AND AGREED
ORDER OF DISMISSAL - (USDC 17-cv-00176-JLR) - 3

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing Joint Status Report Regarding Settlement upon the person/persons listed by the method(s) indicated:

Law Offices of Rodney Moody
2707 Colby Avenue, Suite 603
Everett, WA  98201
P: (425) 740-2940
F: (425) 740-2941
Rmoody@rodneymoodylaw.com
*Attorney for Plaintiff*

☒ Electronic Filing (CM/ECF)
☐ Facsimile
☐ Express Mail
☐ Email
☐ U.S. Mail
☐ Hand Delivery
☐ Messenger Service

I declare under the penalty of perjury of the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

SIGNED at Everett, Washington, this 13th day of August, 2018.

*/s/ Leslie Berg*
Legal Assistant

MOTION FOR ENTRY OF STIPULATED AND AGREED
ORDER OF DISMISSAL - (USDC 17-cv-00176-JLR) - 4

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333